| Attorney or Party Name, Address, Telephone and Fax Number, and CA State Bar Number | FOR COURT USE ONLY |
|---|---|
| I. ERIK CLARK<br>BOROWITZ, LOZANO & CLARK, LLP<br>. Barranca Avenue, Suite 250<br>. Covina, CA 91791<br><br>(626)332-8600<br>Fax No.: (626)332-8644<br>Bar No.: 188693<br>*Attorney for Plaintiff* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re: ELIZABETH VEGA | CHAPTER 13 |
|---|---|
| | CASE NUMBER LA09-16697-EC |
| Debtor. | ADVERSARY NUMBER 09-01376-EC |
| ELIZABETH VEGA<br><br>vs.    Plaintiff(s),<br><br>U.S. BANK HOME MORTGAGE<br><br>Defendant(s). | *(The Boxes and Blank Lines below are for the Court's Use Only) (Do Not Fill Them In)*<br><br>**SUMMONS AND NOTICE OF STATUS CONFERENCE** |

TO THE DEFENDANT: A Complaint has been filed by the Plaintiff against you. If you wish to defend yourself, you must file with the Court a written pleading, in duplicate, in response to the Complaint. You must also send a copy of your written response to the party shown in the upper left-hand corner of this page. Unless you have filed in duplicate and served a responsive pleading by  5/14/09 , the Court may enter a judgment by default against you for the relief demanded in the Complaint.

A Status Conference on the proceeding commenced by the Complaint has been set for:

**Hearing Date:** 7/17/09    **Time:** 2:30p    **Courtroom:** 1639    **Floor:** 16TH

[X] 255 East Temple Street, Los Angeles    [ ] 411 West Fourth Street, Santa Ana
[ ] 21041 Burbank Boulevard, Woodland Hills    [ ] 1415 State Street, Santa Barbara
[ ] 3420 Twelfth Street, Riverside

PLEASE TAKE NOTICE that if the trial of the proceeding is anticipated to take less than two (2) hours, the parties may stipulate to conduct the trial of the case on the date specified, instead of holding a Status Conference. Such a stipulation must be lodged with the Court at least two (2) Court days before the date set forth above and is subject to Court approval. The Court may continue the trial to another date if necessary to accommodate the anticipated length of the trial.

Date of Issuance: 4/14/09

JON D. CERETTO
**Clerk of the Bankruptcy Court**

By: Sharon Sumlin
Deputy Clerk

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Revised December 1998 (COA-SA)    **F 7004-1**

Summons and Notice of Status Conference - Page Two (2)     **F 7004-1**

| In re ELIZABETH VEGA | CHAPTER 13 |
|---|---|
| Debtor. | CASE NUMBER LA09-16697-EC |

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF  LOS ANGELES

1. I am employed in the County of LOS ANGELES, State of California. I am over the age of 18 and not a party to the within action. My business address is as follows:
   100 N. BARRANCA AVENUE, SUITE 250
   WEST COVINA, CA 91791

2. ☐ **Regular Mail Service:** On _____, I served the foregoing Summons and Notice of Status Conference (and any instructions attached thereto), together with the Complaint filed in this proceeding, on the Defendant(s) at the following address(es) by placing a true and correct copy thereof in a sealed envelope with postage thereon fully prepaid in the United States Mail at _____, California, addressed as set forth below.

3. ☐ **Personal Service:** On _____, personal service of the foregoing Summons and Notice of Status Conference (and any instructions attached thereto), together with the Complaint filed in this proceeding, was made on the Defendant(s) at the address(es) set forth below.

4. Defendant(s) and address(es) upon which service was made:

☐ Names and Addresses continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.
Dated:

YESENIA CHICAS
Type Name                                                                         Signature

This form is mandatory. It has been approved for use by the United States Bankruprtcy Court for the Central District of California.

Revised December 1998 (COA-SA)                                                    **F 7004-1**