

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>ELIZABETH VEGA<br><br>                  Debtor<br>_____<br>ELIZABETH VEGA<br><br>                  Plaintiff(s)<br><br>VS<br><br>U.S. BANK HOME MORTGAGE<br><br>                  Defendant(s) | Case No. LA 09-16697-EC<br><br>Chapter 13<br><br><br><br><br>Adv. No. 09-01376-EC<br><br><br><br><br>**SCHEDULING ORDER** |

This adversary proceeding having been assigned to the undersigned judge,

IT IS HEREBY ORDERED:

1. The following dates shall apply to this adversary proceeding:

    Status Conference:                                              <u>July 17, 2009</u> at <u>2:30 p.m.</u>

    Discovery Cutoff (all discovery motions

    must be heard by this date):                              <u>9/30/09</u>

| | | | |
|---|---|---|---|
| 1 | Date by which all other pretrial motions | | |
| 2 | must be heard: | 12/18/09 | |
| 3 | Pretrial Conference: | 1/27/10 | at 3:00 P.M. |
| 4 | Trial: | 2/8/10 | at 9:30 A.M. |

2. The above trial date is a stacking date. An actual trial date will be assigned during the pretrial conference. The actual trial date is very likely to be within five court days of the stacking date and definitely will be within the same month as the stacking date.

3. The plaintiff shall serve a copy of this order on all parties along with the summons and complaint. Proof of service of the summons and complaint must indicate that copies of this order were served in accordance with this order.

4. Unless otherwise ordered, all applicable Local Bankruptcy Rules shall apply to this adversary proceeding. In particular, all parties shall review Second Amended General Order No. 95-01 ("Adoption of Mediation Program for Bankruptcy Cases and Adversary Proceedings".)

5. This order applies to counsel for all parties and to persons not represented by counsel. All counsel and parties must comply with Local Bankruptcy Rule 7016-1 which requires filing a Joint Status Report at least ten Court Days (or a Unilateral Status Report at least eight Court Days) before the status conference. The Status Report shall be in a form substantially similar to Local Form No. F 7016-1.1. If not so served, or if served late, the Court will order such monetary sanctions as the Court deems appropriate.

6. If the parties request dates for discovery cut-off, pre-trial or trial other than those ordered herein, this request shall be made in the Joint Status Report, together with a statement of the reasons for the requested

11/24/99

dates.

7. The Court will not schedule more than one motion for summary judgment in any given week. If a party waits until just before the motion deadline date to schedule a hearing on a motion for summary judgment, it is likely the motion will not be heard.

8. If this adversary proceeding involves money or property exceeding $10,000.00 in value (exclusive of interest and costs), or if the plaintiff believes trial time will exceed four hours, the plaintiff must serve, along with the summons, complaint and this order, a notice that compliance with Local Bankruptcy Rule 7026-1 is required. The plaintiff must file proof of service of the notice with the proof of service of the summons, complaint and this order.

9. If Local Bankruptcy Rule 7026-1 applies, the parties must include in their Joint Status Report a statement that they have met to discuss settlement and that they have exchanged documents, other evidence, lists of witnesses and preliminary discovery schedules.

10. If the parties dispute whether the adversary proceeding is "core" or "non-core", they shall file points and authorities in support of their positions. Any party that contends the proceeding is "non-core" shall file and serve its points and authorities at least fourteen days before the status conference. Any response must be filed and served at least seven days before the status conference.

11. If no response to the complaint is timely filed, the plaintiff may request entry of default by the Clerk. See Local Bankruptcy Rule 7055-1. The plaintiff may also request entry of a default judgment by filing and serving an appropriate motion. See Rule 7055 of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rules 9013-1(7)(a)(xiv) and 9021-1(4).

11/24/99

12. Pursuant to Local Bankruptcy Rule 7016-1(2), a Joint Pre-Trial Order in strict compliance with the provisions of Local Bankruptcy Rule 7016-1(2)(b) shall be filed at least fourteen Court Days before the date set for the pre-trial conference.

13. Any settlement stipulation or default judgment shall be filed with the Court at least seven days before the status conference or the pre-trial conference. If these are not timely filed, all parties must appear.

14. Failure to comply with the provisions of this order will subject the responsible party to sanctions.

15. Failure to appear at a status conference or a pre-trial conference may be considered an abandonment or failure to prosecute or defend diligently and the adversary proceeding may be dismissed or judgment may be entered against the defaulting party.

Dated:  4/14/09

_____
Ellen Carroll
United States Bankruptcy Judge

11/24/99

## CERTIFICATE OF SERVICE BY MAIL

I, _Sharon Sumlin_, hereby certify that I sent a copy of the above Scheduling Order to the parties listed below on  April 14, 2009.

M. Erik Clark, Esq.
Eva L. Taylor, Esq.
100 N. Barranca Ave., Suite 250
West Covina, CA  91791

**SHARON SUMLIN**
DEPUTY CLERK

11/24/99