| In re: Elizabeth Vega | Debtor(s). | CHAPTER 13 |
| --- | --- | --- |
| | | CASE NUMBER LA09-16697-EC |
| | | Adv. No. LA09-01376-EC |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

The foregoing document described **Scheduling Order** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On __4/23/09_____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 4/23/09 | Yesenia Chicas | *[signature]* |
| --- | --- | --- |
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                F 9013-3.1

| In re: Elizabeth Vega | Debtor(s). | CHAPTER 13 |
| --- | --- | --- |
| | | CASE NUMBER  LA09-16697-EC |
| | | Adv. No. LA09-01376-EC |

## II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL

**Debtor**
Elizabeth Vega
688 N. Rmsdale Avenue #8
Covina, CA 91722

**Chapter 13 Trustee**
Kathy A. Dockery
700 S. Flower St., Suite 1950
Los Angeles, CA 90017

**United States Trustee**
Ernst & Young Plaza
725 South Figueroa Street, 26th Floor
Los Angeles, CA 90017

**Judge**
Honorable Ellen Carroll
255 E. Temple Street, Suite 1634
Los Angeles, CA 90012

**Corporate Office/CEO for Second Deed of Trust (Via Certified Mail)**
US Bancorp Center
Attention: Richard Davis
800 Nicollet Mall
Minneapolis, MN 55402

**Second Deed of Trust (Via Certified Mail)**
US Bank Home Mortgage
4801 Frederica Street
Owensboro, KY 42301

**Second Deed of Trust Additional Address (Via Certified Mail)**
US Bank Home Mortgage
P.O. Box 20005
Owensboro, KY 42304

**Second Deed of Trust Address (Via Certified Mail)**
US Bank Home Mortgage
P.O. Box 790414
St. Louis, MO 63179

**Frist Deed of Trust**
HomeEq Servicing Corporation
P.O. Box 13716
Sacramento, CA 95853

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                       F 9013-3.1

| In re: Elizabeth Vega | Debtor(s). | CHAPTER 13 |
|---|---|---|
| | | CASE NUMBER LA09-16697-EC |
| | | Adv. No. LA09-01376-EC |

**First Deed of Trust**
HomEq Servicing Corporation
4837 Watt Avenue, Suite 100
North Highlands, CA 95660

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-3.1