

| Attorney or Party Name, Address, Telephone and Fax Number, and CA State Bar No. | FOR COURT USE ONLY |
|---|---|
| M. ERIK CLARK<br>BOROWITZ, LOZANO & CLARK, LLP<br>100 N. Barranca Avenue, Suite 250<br>West Covina, CA 91791<br><br>(626)332-8600<br>Fax No.: (626)332-8644<br>Bar No.: 188693<br>*Attorney for* Plaintiff | **FILED** JUN 16 2009 CLERK U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA<br><br>**RECEIVED** JUN 03 2009 CLERK U S BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA BY |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re: ELIZABETH VEGA |   |
|---|---|
| Debtor. |   |

| ELIZABETH VEGA | CHAPTER 13 |
|---|---|
|  | CASE NUMBER LA09-16697-EC |
| Plaintiff(s), | ADVERSARY NUMBER |
| vs. | LA09-01376-EC |
| US Bank Home Mortgage |  |
| Defendant(s). | (No Hearing Required) |

## REQUEST FOR ENTRY OF DEFAULT UNDER
## LOCAL BANKRUPTCY RULE 9021-1

TO THE DEFENDANT, DEFENDANT'S ATTORNEY AND OTHER INTERESTED PARTIES:

1.  Name of Defendant against whom default is sought (Name): US Bank Home Mortgage

2.  Plaintiff filed the Complaint in the above-captioned proceeding on (specify date): April 10, 2009

3.  The Summons and Complaint were served on Defendant by        [ ] Personal Service     [x] Mail Service
    on the following date (specify date): April 23, 2009

4.  A conformed copy of the completed Return of Summons form is attached hereto.

5.  The time for filing an Answer or other response expired on (specify date): May 14, 2009

6.  No Answer or other response has been filed or served by Defendant.

WHEREFORE, Plaintiff requests that the Clerk of the Court enter the default of Defendant.

Dated: June 1, 2009

| Default entered on *(specify date):* JUN 16 2009<br><br>**JON D. CERETTO**<br>**Clerk of the Bankruptcy Court**<br>By: _Sandra Lee_<br>Deputy Clerk | Respectfully submitted,<br>BOROWITZ, LOZANO & CLARK, LLP<br>Firm Name<br>By: _____<br>Name: M. ERIK CLARK<br>*Attorney for Plaintiff or Plaintiff* |
|---|---|

Request for Entry of Default Under Local Bankruptcy Rule 9021-1 - Page Two (2)   **F 9021-1.2**

| In re<br>ELIZABETH VEGA<br><br>Debtor. | CHAPTER 13<br><br>CASE NUMBER LA09-16697-EC |
| --- | --- |

## PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA COUNTY OF  Los Angeles

I am employed in the above County, State of California.  I am over the age of 18 and not a party to the within action.  My business address is as follows:  100 N. Barranca Avenue, West Covina, CA 91791

On  June 1, 2009                              , I served the foregoing document described as: REQUEST FOR ENTRY OF DEFAULT UNDER LOCAL BANKRUPTCY RULE 9021-1 on the interested parties at their last known address in this action by placing a true and correct copy thereof in a sealed envelope with postage thereon fully prepaid in the United States Mail at  West Covina                              , California, addressed as follows:

[x] Addresses continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  June 1, 2009

Yesenia Chicas
*Type Name*

*Signature*

Service List

**Debtor**
Elizabeth Vega
688 N. Rmsdale Avenue #8
Covina, CA 91722

**Chapter 13 Trustee**
Kathy A. Dockery
700 S. Flower St., Suite 1950
Los Angeles, CA 90017

**United States Trustee**
Ernst & Young Plaza
725 South Figueroa Street, 26th Floor
Los Angeles, CA 90017

**Judge**
Honorable Ellen Carroll
255 E. Temple Street, Suite 1634
Los Angeles, CA 90012

**Corporate Office/CEO for Second Deed of Trust (Via Certified Mail)**
US Bancorp Center
Attention: Richard Davis
800 Nicollet Mall
Minneapolis, MN 55402

**Second Deed of Trust (Via Certified Mail)**
US Bank Home Mortgage
4801 Frederica Street
Owensboro, KY 42301

**Second Deed of Trust Additional Address (Via Certified Mail)**
US Bank Home Mortgage
P.O. Box 20005
Owensboro, KY 42304

**Second Deed of Trust Address (Via Certified Mail)**
US Bank Home Mortgage
P.O. Box 790414
St. Louis, MO 63179

**Frist Deed of Trust**
HomeEq Servicing Corporation
P.O. Box 13716
Sacramento, CA 95853

**First Deed of Trust**
HomEq Servicing Corporation
4837 Watt Avenue, Suite 100
North Highlands, CA 95660

1  M. Erik Clark Esq. # 188693
Eva L. Taylor, Esq. # 254009
2  **Borowitz, Lozano & Clark, LLP**
100 N. Barranca Ave., Suite 250
3  West Covina, CA  91791
Tel: (626) 332-8600
4  Fax: (626) 332-8644

5  Attorney for Debtor

6

7                    UNITED STATES BANKRUPTCY COURT

8                    CENTRAL DISTRICT OF CALIFORNIA

9                         LOS ANGELES DIVISION

10

11  In re                                   Case No. LA09-16697-EC

12  ELIZABETH VEGA

13                                          Chapter 13

                                            Adv. No. LA09-01376-EC
14                          Debtor
                                            DECLARATION OF EVA L.
15                                          TAYLOR IN SUPPORT OF
                                            REQUEST FOR ENTRY OF
16  ELIZABETH VEGA                          DEFAULT UNDER LOCAL
                                            BANKRUPTCY RULE 9021-1
17
18                      Plaintiff
    vs.
19
    US BANK HOME MORTGAGE,
20
                        Defendant
21

22

23  I, Eva L. Taylor, hereby declare and state as follows:

24      1.    As to the following facts, I know them to be true of my own

25          personal knowledge, and if called upon to testify in this

26
            action, I could and would testify competently thereto;
27

28

2.  That I am an associate attorney with the Law Offices of Borowitz, Lozano & Clark, LLP;

3.  That the debtor, Elizabeth Vega("Plaintiff or Debtor"), retained our services to file a chapter 13 bankruptcy;

4.  That Plaintiff filed the chapter 13 bankruptcy on March 24, 2009. Case number LA09-16697-EC;

5.  That Plaintiff also retained our services to file a complaint against Defendant, US Bank Home Mortgage;

6.  That Plaintiff originally filed the Complaint in Adversary Proceeding number LA09-ap-01376-EC on April 10,2009;

7.  That the Summons was issued on April 14,2009;

8.  That the Summons and Complaint were served on Defendant by certified mail on April 23, 2009;

9.  That a conformed copy of the Proof of Service is attached hereto as Exhibit 1;

10. That a conformed copy of the completed Return of Summons form is attached hereto as Exhibit 2;

11. That the time for filing an Answer or Response expired on May 14, 2009;

12. That no response has been filed or served by Defendant.

I, Eva L. Taylor, declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed at West Covina, California on the date set forth below.

-2-

1   Dated: _May 29, 2009_

2                                         Eva L. Taylor, Esq.

3                                         Attorney for Debtor

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# "EXHIBIT 1"

Summons and Notice of Status Conference - Page Two (2)                    **F 7004-1**

| In re ELIZABETH VEGA | CHAPTER 13 |
|---|---|
| Debtor. | CASE NUMBER LA09-16697-EC |

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

1.  I am employed in the County of LOS ANGELES , State of California. I am over the age of 18 and not a party to the within action. My business address is as follows:
    100 N. BARRANCA AVENUE, SUITE 250
    WEST COVINA, CA 91791

2.  ☒ **Regular Mail Service:** On 4/23/09 , I served the foregoing Summons and Notice of Status Conference (and any instructions attached thereto), together with the Complaint filed in this proceeding, on the Defendant(s) at the following address(es) by placing a true and correct copy thereof in a sealed envelope with postage thereon fully prepaid in the United States Mail at West Covina , California, addressed as set forth below.

3.  ☐ **Personal Service:** On _____ , personal service of the foregoing Summons and Notice of Status Conference (and any instructions attached thereto), together with the Complaint filed in this proceeding, was made on the Defendant(s) at the address(es) set forth below.

4.  Defendant(s) and address(es) upon which service was made:

☒ Names and Addresses continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:

YESENIA CHICAS
Type Name

_[signature]_
Signature

This form is mandatory. It has been approved for use by the United States Bankruprtcy Court for the Central District of California.

*Revised December 1998 (COA-SA)*                    **F 7004-1**

## Service List

**Debtor**
Elizabeth Vega
688 N. Rmsdale Avenue #8
Covina, CA 91722

**Chapter 13 Trustee**
Kathy A. Dockery
700 S. Flower St., Suite 1950
Los Angeles, CA 90017

**United States Trustee**
Ernst & Young Plaza
725 South Figueroa Street, 26th Floor
Los Angeles, CA 90017

**Judge**
Honorable Ellen Carroll
255 E. Temple Street, Suite 1634
Los Angeles, CA 90012

**Corporate Office/CEO for Second Deed of Trust (Via Certified Mail)**
US Bancorp Center
Attention: Richard Davis
800 Nicollet Mall
Minneapolis, MN 55402

**Second Deed of Trust (Via Certified Mail)**
US Bank Home Mortgage
4801 Frederica Street
Owensboro, KY 42301

**Second Deed of Trust Additional Address (Via Certified Mail)**
US Bank Home Mortgage
P.O. Box 20005
Owensboro, KY 42304

**Second Deed of Trust Address (Via Certified Mail)**
US Bank Home Mortgage
P.O. Box 790414
St. Louis, MO 63179

**Frist Deed of Trust**
HomeEq Servicing Corporation
P.O. Box 13716
Sacramento, CA 95853

**First Deed of Trust**
HomEq Servicing Corporation
4837 Watt Avenue, Suite 100
North Highlands, CA 95660

# "EXHIBIT 2"

| Attorney or Party Name, Address, Telephone and Fax Number, and CA State Bar Number | FOR COURT USE ONLY |
|---|---|
| 1. ERIK CLARK<br>HOROWITZ, LOZANO & CLARK, LLP<br>100 N. Barranca Avenue, Suite 250<br>West Covina, CA 91791<br><br>(626)332-8600<br>Fax No.: (626)332-8644<br>Bar No.: 188693<br>*Attorney for Plaintiff* | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: ELIZABETH VEGA<br><br>Debtor. | CHAPTER 13<br>CASE NUMBER LA09-16697-EC<br>ADVERSARY NUMBER 09-01376-EC |
| ELIZABETH VEGA<br>vs.<br>U.S. BANK HOME MORTGAGE<br>Plaintiff(s),<br>Defendant(s). | *(The Boxes and Blank Lines below are for the Court's Use Only) (Do Not Fill Them In)*<br><br>**SUMMONS AND NOTICE OF STATUS CONFERENCE** |

TO THE DEFENDANT: A Complaint has been filed by the Plaintiff against you. If you wish to defend yourself, you must file with the Court a written pleading, in duplicate, in response to the Complaint. You must also send a copy of your written response to the party shown in the upper left-hand corner of this page. Unless you have filed in duplicate and served a responsive pleading by _____5/17/09_____, the Court may enter a judgment by default against you for the relief demanded in the Complaint.

A Status Conference on the proceeding commenced by the Complaint has been set for:

**Hearing Date:** 7/17/09   **Time:** 2:30p   **Courtroom:** 1639   **Floor:** 16TH

- [X] **255 East Temple Street, Los Angeles**
- [ ] **21041 Burbank Boulevard, Woodland Hills**
- [ ] **3420 Twelfth Street, Riverside**
- [ ] **411 West Fourth Street, Santa Ana**
- [ ] **1415 State Street, Santa Barbara**

PLEASE TAKE NOTICE that if the trial of the proceeding is anticipated to take less than two (2) hours, the parties may stipulate to conduct the trial of the case on the date specified, instead of holding a Status Conference. Such a stipulation must be lodged with the Court at least two (2) Court days before the date set forth above and is subject to Court approval. The Court may continue the trial to another date if necessary to accommodate the anticipated length of the trial.

Date of Issuance: _____4/14/09_____

JON D. CERETTO
Clerk of the Bankruptcy Court

By: _____
Deputy Clerk

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*Revised December 1998 (COA-SA)*                     **F 7004-1**