| Attorney or Party Name, Address, Telephone & FAX Numbers and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| M. ERIK CLARK<br>BOROWITZ, LOZANO & CLARK, LLP<br>100 N. Barranca Avenue, Suite 250<br>West Covina, CA 91791<br><br>(626)332-8600<br>(626)332-8644<br>188693<br>*Attorney for* Plaintiff | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re: ELIZABETH VEGA

Debtor(s).

| | |
|---|---|
| Elizabeth Vega<br><br>Plaintiff(s).<br><br>vs.<br><br>US Bank Home Mortgage<br><br>Defendant(s). | CHAPTER: 13<br>CASE NO.: LA09-16697-EC<br><br>ADVERSARY NO.: 09-01376<br><br>DATE: July 17, 2009<br>TIME: 2:30 p.m.<br>PLACE: 1639 |

## UNILATERAL STATUS REPORT
## LOCAL BANKRUPTCY RULE 7016-1(a)(2)

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

The parties submit the following JOINT STATUS REPORT in accordance with Local Bankruptcy Rule 7016-1(a)(2):

**A.    PLEADINGS/SERVICE:**

1. Have all parties been served?  [x] Yes  [ ] No

2. Have all parties filed and served answers to the complaint/counter-complaints/etc.?  [ ] Yes  [x] No

3. Have all motions addressed to the pleadings been resolved?  [ ] Yes  [x] No

4. Have counsel met and conferred in compliance with Local Bankruptcy Rule 7026-1?  [ ] Yes  [x] No

5. If your answer to any of the four preceding questions is anything *other* than an unqualified "YES," then please explain below *(or on attached page)*: No response has been filed by Defendant

*(Continued on next page)*

Joint Status Report - *Page 2*

**F 7016-1.1**

| in re ELIZABETH VEGA | | CHAPTER: 13 |
|---|---|---|
| | | CASE NO.: LA09-16697-EC |
| | Debtor(s). | ADVERSARY NO.: 09-01376 |

**B.    READINESS FOR TRIAL:**

1. When will you be ready for trial in this case?

   <u>Plaintiff</u>                                                              <u>Defendant</u>

   1 month

2. If your answer to the above is more than four (4) months after the summons issued in this case, give reasons for further delay.

   <u>Plaintiff</u>                                                              <u>Defendant</u>

   n/a

3. When do you expect to complete <u>your</u> discovery efforts?

   <u>Plaintiff</u>                                                              <u>Defendant</u>

   1 month

4. What additional discovery do you require to prepare for trial?

   <u>Plaintiff</u>                                                              <u>Defendant</u>

   Document review

**C.    TRIAL TIME:**

1. What is your estimate of the time required to present <u>your side of the case</u> at trial (including rebuttal stage if applicable)?

   <u>Plaintiff</u>                                                              <u>Defendant</u>

   30 minutes

2. How many witnesses do you intend to call at trial (including opposing parties)?

   <u>Plaintiff</u>                                                              <u>Defendant</u>

   One (1)

3. How many exhibits do you anticipate using at trial?

   <u>Plaintiff</u>                                                              <u>Defendant</u>

   Less than five

*(Continued on next page)*

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

**F 7016-1.1**

| Joint Status Report - *Page 3* | F 7016-1.1 |
|---|---|
| In re ELIZABETH VEGA | CHAPTER: 13 |
| | CASE NO.: LA09-16697-EC |
| Debtor(s). | ADVERSARY NO.: 09-01376 |

D. **PRE-TRIAL CONFERENCE:**

A pre-trial conference is usually conducted between a week to a month before trial, at which time a pre-trial order will be signed by the court. [See Local Bankruptcy Rule 7016-1.] If you believe that a pre-trial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

Plaintiff

Pre-trial conference ___ (is)/ x (is not) requested.
Reasons: _____

Defendant

Pre-trial conference ___ (is)/ ___ (is not) requested.
Reasons: _____

Plaintiff

Pre-trial conference should be set after:

(date) _____

Defendant

Pre-trial conference should be set after:

(date) _____

E. **SETTLEMENT:**

1. What is the status of settlement efforts? None

2. Has this dispute been formally mediated?     [ ] Yes     [x] No
   If so, when?

3. Do you want this matter sent to mediation at this time?

   Plaintiff              Defendant
   [ ] Yes [x] No         [ ] Yes [ ] No

*(Continued on next page)*

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                    F 7016-1.1

| Joint Status Report - *Page 4* | F 7016-1.1 |
|---|---|
| In re ELIZABETH VEGA | CHAPTER: 13 |
| | CASE NO.: LA09-16697-EC |
| Debtor(s). | ADVERSARY NO.: 09-01376 |

**F.    ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:** *(Use additional page if necessary.)*

Respectfully submitted,

Dated: July 17, 2009                                    Dated: _____

BOROWITZ, LOZANO & CLARK, LLP                           _____
*Firm Name*                                             *Firm Name*

By: _[signature]_                                       By: _____

Name: M. Erik Clark                                     Name: _____

Attorney for: Plaintiff                                 Attorney for: _____

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                        **F 7016-1.1**

Joint Status Report - *Page 5*    F 7016-1.1

| | |
|---|---|
| In re ELIZABETH VEGA | CHAPTER: 13 |
| | CASE NO.: LA09-16697-EC |
| Debtor(s). | ADVERSARY NO.: 09-01376 |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

100 N. Barranca Avenue, Suite 250
West Covina, CA 91791

A true and correct copy of the foregoing document described as Unilateral Status Report _____ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On July 17, 2009 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| July 17, 2009 | Yesenia Chicas | *[signature]* |
|---|---|---|
| Date | Type Name | Signature |

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    F 7016-1.1

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**

Debtor
Elizabeth Vega
688 N. Rmsdale Avenue #8
Covina, CA 91722

Chapter 13 Trustee
Kathy A. Dockery
700 S. Flower St., Suite 1950
Los Angeles, CA 90017

United States Trustee
Ernst & Young Plaza
725 South Figueroa Street, 26th Floor
Los Angeles, CA 90017

Judge
Honorable Ellen Carroll
255 E. Temple Street, Suite 1634
Los Angeles, CA 90012

Corporate Office/CEO for Second Deed of Trust (Via Certified Mail)
US Bancorp Center
Attention: Richard Davis
800 Nicollet Mall
Minneapolis, MN 55402

Second Deed of Trust (Via Certified Mail)
US Bank Home Mortgage
4801 Frederica Street
Owensboro, KY 42301

Second Deed of Trust Additional Address (Via Certified Mail)
US Bank Home Mortgage
P.O. Box 20005
Owensboro, KY 42304

Second Deed of Trust Address (Via Certified Mail)
US Bank Home Mortgage
P.O. Box 790414
St. Louis, MO 63179

Frist Deed of Trust
HomeEq Servicing Corporation
P.O. Box 13716
Sacramento, CA 95853

First Deed of Trust
HomEq Servicing Corporation
4837 Watt Avenue, Suite 100
North Highlands, CA 95660