13

# "EXHIBIT 1"

Harris Appraisals

File No. C090050

********* INVOICE *********

File Number: C090050                                March 27, 2009

Invoice # :
Order Date :
Reference/Case # :
PO Number :

688 N Rimsdale Ave #8
Covina, CA 91722

| | | |
|---|---|---|
| GPAR | $ | 350.00 |
| | $ | |
| Invoice Total | $ | 350.00 |
| State Sales Tax @ | $ | 0.00 |
| Deposit | ($ | 350.00 ) |
| Deposit | ($ | ) |
| Amount Due | $ | 0.00 |

Terms:  To be paid upon receipt.

Please Make Check Payable To:

**Harris Appraisals**

Fed. I.D. #: C.H.

15218 Summit Avenue, Ste. 300 #348 Fontana, CA 92336

File No C090050

# APPRAISAL OF



Real Property

### LOCATED AT:

688 N Rimsdale Ave #8
Covina, CA 91722

### CLIENT:

Borowitz Lozano & Clark LLP
100 N. Barranca Ave. Ste. 250
West Covina, CA 91791

### AS OF:

March 27, 2009

### BY:

Chad Harris

Harris Appraisals

File No. C090050

Borowitz Lozano & Clark LLP
100 N. Barranca Ave. Ste. 250
West Covina, CA 91791

File Number: C090050

In accordance with your request, I have appraised the real property at:

688 N Rimsdale Ave #8
Covina, CA 91722

The purpose of this appraisal is to develop an opinion of the defined value of the subject property, as improved. The property rights appraised are the fee simple interest in the site and improvements.

In my opinion, the defined value of the property as of   March 27, 2009                    is:

$372,000
Three Hundred Seventy-Two Thousand Dollars

The attached report contains the description, analysis and supportive data for the conclusions, final opinion of value, descriptive photographs, assignment conditions and appropriate certifications.

*[signature]*
Chad Harris

# Residential Appraisal Report
File No. C090050

The purpose of this appraisal report is to provide the client with a credible opinion of the defined value of the subject property, given the intended use of the appraisal.

Client Name/Intended User **Borowitz Lozano & Clark LLP**  E-mail **mcaballero@blclaw.com**
Client Address **100 N. Barranca Ave. Ste. 250**   City **West Covina**   State **CA**   Zip **91791**
Additional Intended User(s) **N/A**

Intended Use **bankruptcy**

Property Address **688 N Rimsdale Ave #8**   City **Covina**   State **CA**   Zip **91722**
Owner of Public Record **Vega Elizabeth**   County **Los Angeles**
Legal Description **Tr=46810 Lot 100**
Assessor's Parcel # **8434-014-063**   Tax Year **2008**   R.E. Taxes $ **3,423**
Neighborhood Name **Covina Palms**   Map Reference **598-J5**   Census Tract **4057.00**
Property Rights Appraised  [X] Fee Simple  [ ] Leasehold  [ ] Other (describe)
My research [X] did [ ] did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Prior Sale/Transfer:   Date **06/11/2007**   Price **80,000**   Source(s) **Realist. Com**
Analysis of prior sale or transfer history of the subject property (and comparable sales, if applicable) **The subject property last transferred as the result of a second mortgage on 6/11/2007 for $80,000.**

Offerings, options and contracts as of the effective date of the appraisal **N/A**

| Neighborhood Characteristics | One-Unit Housing Trends | One-Unit Housing | Present Land Use % |
|---|---|---|---|
| Location [ ] Urban [X] Suburban [ ] Rural | Property Values [ ] Increasing [ ] Stable [X] Declining | PRICE    AGE | One-Unit 91% % |
| Built-Up [X] Over 75% [ ] 25-75% [ ] Under 25% | Demand/Supply [ ] Shortage [X] In Balance [ ] Over Supply | $(000)    (yrs) | 2-4 Unit 3% % |
| Growth [ ] Rapid [X] Stable [ ] Slow | Marketing Time [ ] Under 3 mths [X] 3-6 mths [ ] Over 6 mths | 360 Low  14 | Multi-Family 2% % |
| Neighborhood Boundaries **Cypress Street north, Azusa Avenue Avenue east, San Bernardino Road south Lark Ellen Avenue east.** | | 485 High  55 | Commercial 2% % |
| | | 410 Pred.  25 | Other Vacant 2% % |

Neighborhood Description **See Attached Addendum.**

Market Conditions (including support for the above conclusions) **See Attached Addendum.**

Dimensions **See Plat Map**   Area **3280 Sqft.**   Shape **Rectangular**   View **Residential**
Specific Zoning Classification **Cvm1-C3a***   Zoning Description **Resid-Planned**
Zoning Compliance  [X] Legal  [ ] Legal Nonconforming (Grandfathered Use)  [ ] No Zoning  [ ] Illegal (describe)
Is the highest and best use of the subject property as improved (or as proposed per plans and specifications) the present use?  [X] Yes [ ] No  If No, describe.

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements—Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity | [X] | [ ] City Service | Water | [X] | [ ] City Service | Street **Asphalt** | [X] | [ ] |
| Gas | [X] | [ ] City Service | Sanitary Sewer | [X] | [ ] City Service | Alley **None** | [ ] | [ ] |

Site Comments **See Plat Map**

| GENERAL DESCRIPTION | FOUNDATION | EXTERIOR DESCRIPTION  materials | INTERIOR  materials |
|---|---|---|---|
| Units [X] One [ ] One w/Acc. unit [ ] | [X] Concrete Slab  [ ] Crawl Space | Foundation Walls **Concrete/Avg.** | Floors **Carpet/Tile/Avg.** |
| # of Stories **Two** | [ ] Full Basement  [ ] Partial Basement | Exterior Walls **Stucco/Avg.** | Walls **Drywall/Avg.** |
| Type [X] Det. [ ] Att. [ ] S-Det./End Unit | Basement Area **0.0000** sq. ft. | Roof Surface **Tile/Avg.** | Trim/Finish **Wd. Avg.** |
| [X] Existing [ ] Proposed [ ] Under Const. | Basement Finish **N/A** % | Gutters & Downspouts **None** | Bath Floor **Tile/Vinyl/Avg.** |
| Design (Style) **Single Family** | [ ] Outside Entry/Exit  [ ] Sump Pump | Window Type **DualPn./Average** | Bath Wainscot **Fiberglass/Avg.** |
| Year Built **1991** | | Storm Sash/Insulated **None** | Car Storage [ ] None |
| Effective Age (Yrs) **12** | | Screens **Yes/ Avg.** | [X] Driveway  # of Cars **2** |
| Attic [ ] None | Heating [X] FWA [ ] HW [ ] Radiant | Amenities  [ ] WoodStove(s) # | Driveway Surface **Concrete** |
| [ ] Drop Stair [ ] Stairs | [ ] Other  Fuel **Gas** | [X] Fireplace(s) # **2** [X] Fence **Bik. Wall** | [X] Garage  # of Cars **2** |
| [ ] Floor [X] Scuttle | Cooling [X] Central Air Conditioning | [X] Patio/Deck [ ] Porch | [ ] Carport  # of Cars |
| [ ] Finished [ ] Heated | [ ] Individual [ ] Other | [ ] Pool  [X] Other **Balc.** | [X] Att. [ ] Det. [ ] Built-in |
| Appliances  [ ] Refrigerator [X] Range/Oven [X] Dishwasher [X] Disposal [ ] Microwave [ ] Washer/Dryer [ ] Other (describe) | | | |

Finished area above grade contains:  **7** Rooms   **4** Bedrooms   **2.5** Bath(s)   **2,496** Square Feet of Gross Living Area Above Grade
Additional Features **Subject has tile flooring, granite counter tops, two fireplaces, balcony, and a rear patio.**

Comments on the Improvements **The subject appears to be built with average quality materials and craftsman and is in average condition. The subject's downstairs bathroom has been remodeled. The subject's upstairs bathrooms suffer from deferred maintenance. The subject's upstairs common bathroom tile is in need of repair.**

par
Produced using ACI software, 800.234.8727 www.aciweb.com
Page 1 of 2
This form Copyright © 2005-2008 ACI Division of ISO Claims Services, Inc. All Rights Reserved
(gPAR™) General Purpose Appraisal Report 12/2005
GPAR1004_05 08112008

17    EX 1 pg 4 of 19

Harris Appraisals
Residential Appraisal Report · File No. C090050

| FEATURE | SUBJECT | COMPARABLE SALE NO. 1 | | COMPARABLE SALE NO. 2 | | COMPARABLE SALE NO. 3 | |
|---|---|---|---|---|---|---|---|
| Address | 688 N Rimsdale Ave #8 Covina | 688 N. Rimsdale Avenue # 107 Covina | | 688 N. Rimsdale Avenue # 82 Covina | | 688 N. Rimsdale Avenue # 17 Covina | |
| Proximity to Subject | | Same Complex | | Same Complex | | Same Complex | |
| Sale Price | $ Refinance | $ | 409,000 | $ | 360,000 | $ | 359,000 |
| Sale Price/Gross Liv. Area | $ 0.00 sq.ft. | $ 182.43 sq.ft. | | $ 160.57 sq.ft. | | $ 171.85 sq.ft. | |
| Data Source(s) | Site Inspection | Drive By/FNC Data/MLS | | Drive By/FNC Data/MLS | | Drive By/FNC Data/MLS | |
| Verification Source(s) | County Recs | Doc# 1769805 | | Doc# 1744126 | | Doc# N/A | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sale or Financing Concessions | N/A  N/A | Conventional  No Adjustment | | Conventional  No Adjustment | | Conventional  No Adjustment | |
| Date of Sale/Time | N/A | 10/02/2008 | | 09/29/2008 | | Pending | |
| Location | Suburban | Suburban | | Suburban | | Suburban | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 3280 Sqft. | 3358 Sq. Ft. | | 2879 Sq. Ft. | | 3868 Sq. Ft. | |
| View | Residential | Residential | | Residential | | Residential | |
| Design (Style) | Single Family | Single Family | | Single Family | | Single Family | |
| Quality of Construction | Average | Average | | Average | | Average | |
| Actual Age | 18+/- Years | 20 Years | | 20 Years | | 16 Years | |
| Condition | Average | Average | | Average | | Average | |
| Above Grade Room Count | Total 7 / Bdrms 4 / Baths 2.5 | Total 8 / Bdrms 4 / Baths 3 | -2,500 | Total 7 / Bdrms 4 / Baths 2.5 | | Total 7 / Bdrms 3 / Baths 2.5 | |
| Gross Living Area | 2,496 sq.ft. | 2,242 sq.ft. | 5,100 | 2,242 sq.ft. | 5,100 | 2,089 sq.ft. | 8,100 |
| Basement & Finished Rooms Below Grade | None  None | None  None | | None  None | | None  None | |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | Gas FAU C/Air | Gas FAU C/Air | | Gas FAU C/Air | | Gas FAU C/Air | |
| Energy Efficient Items | None | None | | None | | None | |
| Garage/Carport | 2 Car Garage | 2 Car Garage | | 2 Car Garage | | 2 Car Garage | |
| Porch/Patio/Deck | Patio, Balc. | Pto. | 1,000 | Pto. | 1,000 | Pto. | 10,000 |
| | | Time Adj. | -20,000 | | -18,000 | | |
| | | DOM: 40 | | DOM: 137 | | DOM: 79 | |
| Net Adjustment (Total) | | [ ]+ [X]- $ | 16,400 | [ ]+ [X]- $ | 11,900 | [X]+ [ ]- $ | 18,100 |
| Adjusted Sale Price of Comparables | | Net Adj. -4.0%%  Gross Adj. 7.0 % $ | 392,600 | Net Adj. -3.3%%  Gross Adj. 6.7% $ | 348,100 | Net Adj. 5.0% %  Gross Adj. 5.0% % $ | 377,100 |

Summary of Sales Comparison Approach  All market data was confirmed by Multiple Listing Service, Appraiser drive by, Agent or Public Records.
Comparables were given consideration and weight based on net and gross adjustments. The comparables included in this report were
the best available at the time of inspection and all information was deemed reliable. Gross and net adjustments fall within appraisal
guidelines of under 25% and 15% respectively. There was no adjustment made for bedroom count and is considered part of the square
footage dollar adjustment. All comparables used in this report are located in similar competing neighborhoods and there is no
adjustment made for location. Comparable #1 previously transferred on 5/1/2008 for $327,000. Comparable #4 previously transferred
on 8/7/2008 for $150,000. At the time of inspection there were no available comparable sales within the subject market area with a
greater gross living area.

COST APPROACH TO VALUE
Site Value Comments  N/A

| ESTIMATED [ ] REPRODUCTION OR [ ] REPLACEMENT COST NEW | OPINION OF SITE VALUE = $ | |
|---|---|---|
| Source of cost data | Dwelling 2,496 Sq. Ft. @ $ = $ | 0 |
| Quality rating from cost service   Effective date of cost data | Bsmt. 0 Sq. Ft. @ $ = $ | 0 |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.) | | |
| | Garage/Carport 480 Sq. Ft. @ $ = $ | 0 |
| | Total Estimate of Cost-New = $ | 0 |
| | Less 0 Physical Functional External Depreciation = $( | 0) |
| | Depreciated Cost of Improvements = $ | 0 |
| | "As-is" Value of Site Improvements = $ | |
| | INDICATED VALUE BY COST APPROACH = $ | 0 |

INCOME APPROACH TO VALUE
Estimated Monthly Market Rent $  N/A  X Gross Rent Multiplier  N/A = $  0  Indicated Value by Income Approach
Summary of Income Approach (including support for market rent and GRM)

Indicated Value by: Sales Comparison Approach $ 372,000  Cost Approach (if developed) $ N/A  Income Approach (if developed) $ N/A
Most weight and consideration has been given to the market approach, It best reflects buyers and sellers for this type of
property. The cost Approach is best when the improvements are new. The Income approach is not considered since SFRs do not trade
based upon their income generating ability.

This appraisal is made [X] "as is," [ ] subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed.
[ ] subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed  [ ] subject to the following:
See Attached Addendum.

Based on the scope of work, assumptions, limiting conditions and appraiser's certification, my (our) opinion of the defined value of the real property
that is the subject of this report is $  372,000   as of March 27, 2009 ___, which is the effective date of this appraisal.

par

Produced using ACI software, 800 234 8727 www.aciweb.com
Page 2 of 2
This form Copyright © 2005-2008 ACI Division of ISO Claims Services, Inc. All Rights Reserved.
(gPAR™) General Purpose Appraisal Report 12/2005
GPAR1004_05.08112008
Harris Appraisals
18                                                                        EX 1  pg 5 of 19

Residential Appraisal Report    File No. C090050

| FEATURE | SUBJECT | COMPARABLE SALE NO. 4 | | COMPARABLE SALE NO. 5 | | COMPARABLE SALE NO. 6 | |
|---|---|---|---|---|---|---|---|
| Address | 688 N Rimsdale Ave #8 Covina | 1022 La Breda Street Covina | | | | | |
| Proximity to Subject | | 0.62 miles NNE | | | | | |
| Sale Price | $ Refinance | $ 281,000 | | $ | | $ | |
| Sale Price/Gross Liv. Area | $ 0.00 sq. ft. | $ 194.87 sq. ft. | | $ sq. ft. | | $ sq. ft. | |
| Data Source(s) | Site Inspection | Drive By/FNC Data/MLS | | | | | |
| Verification Source(s) | County Recs | Doc# 35354 | | | | | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sale or Financing Concessions | N/A N/A | Conventional No Adjustment | | | | | |
| Date of Sale/Time | N/A | 01/12/2009 | | | | | |
| Location | Suburban | Suburban | | | | | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | | | | |
| Site | 3280 Sqft. | 4024 Sq. Ft. | -1,500 | | | | |
| View | Residential | Residential | | | | | |
| Design (Style) | Single Family | Single Family | | | | | |
| Quality of Construction | Average | Average | | | | | |
| Actual Age | 18+/- Years | 30 Years | 1,200 | | | | |
| Condition | Average | Average | | | | | |
| Above Grade Room Count | Total 7 / Bdrms 4 / Baths 2.5 | Total 5 / Bdrms 3 / Baths 1.5 | 5,000 | Total / Bdrms / Baths | | Total / Bdrms / Baths | |
| Gross Living Area | 2,496 sq. ft. | 1,442 sq. ft. | 21,100 | sq. ft. | | sq. ft. | |
| Basement & Finished Rooms Below Grade | None None | None None | | | | | |
| Functional Utility | Average | Average | | | | | |
| Heating/Cooling | Gas FAU C/Air | Gas FAU C/Air | | | | | |
| Energy Efficient Items | None | None | | | | | |
| Garage/Carport | 2 Car Garage | 2 Car Garage | | | | | |
| Porch/Patio/Deck | Patio, Balc. | Pto. | 1,000 | | | | |
| | | DOM :25 | | | | | |
| Net Adjustment (Total) | | [X]+ [ ]- $ | 26,800 | [X]+ [ ]- $ | 0 | [X]+ [ ]- $ | 0 |
| Adjusted Sale Price of Comparables | | Net Adj. 9.5% % Gross Adj. 10.6% % $ | 307,800 | Net Adj. 0.0% % Gross Adj. 0.0% % $ | 0 | Net Adj. 0.0% % Gross Adj. 0.0% % $ | 0 |

Summary of Sales Comparison Approach

par

| Client: Borowitz Lozano & Clark LLP | | File No.: C090050 |
|---|---|---|
| Property Address: 688 N Rimsdale Ave #8 | | Case No.: |
| City: Covina | State: CA | Zip: 91722 |

DEFINITION OF VALUE...the most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:(1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U.S. dollars or in terms of financial agreements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by seller as a result of tradition ot law in a market area; these costs are readily indentifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgement.

COMMENTS ON DIGITAL SIGNATURE...This report contains digital signatures -- in line with applicable federal law. The affixed digital signature is a true representation of my hand-written signature. Furthermore, the ability to affix my digital signature to this or any other appraisal report is secured from use by parties other than myself by encryption and password protection.

COMMENTS ON COMPETITIVE LISTINGS..." I have considered relevant competitive listings and/or contract offerings in the performance of this appraisal an in the trending information reported in this section. If a trend is indicated, I have attached an addendum providing relevant competitive listing/contract offering data.

COMMENTS ON SALES COMPARISON...All sales are considered the best available and deemed reliable. All sales are considered from competing neighborhood locations. All comparable sales are of similar style. All sales are closed transactions. All sales are considered the best available and deemed reliable. No adjustments were made for date of sale or appreciation. Adjustment differences in above grade living area are based on $20.00 per square foot. No adjustment is made for bedroom count and is considered a part of the square footage dollar adjustment. The selected comparable are considered to be the best available. The adjustments for differences are reasonable and within recommended guidelines.

FINAL RECONCILIATION...The income approach is not considered to be relevant as there is no market data to support this type of analysis. the market approach is traditionally considered to be the most reliable indicator of value as it best reflects the current market conditions, including financing.

SALES HISTORY..The subject property last transferred as the result of a second mortgage on 6/11/2007 for $80,000.

PERSONAL PROPERTY...No items of personal property, fixtures or intangible property were included in the estimated property value, unless otherwise stated in the report.

ENVIRONMENTAL DISCLAIMER...The value estimated in this report is based on the assumption that the property is not negatively affected by the existence of hazardous substances or detrimental environmental conditions. The appraiser is not an expert in the identification of hazardous substances or detrimental environmental conditions. The appraiser's routine inspection of the subject property did not develop any information that indicated any apparent significant hazardous substances or detrimental environmental conditions which would affect the property negatively. It is possible that tests and inspections made by a qualified hazardous substance and environmental expert would reveal the existence of hazardous materials and environmental conditions on or around the property that would negatively affect its value. The appraiser, however, is not qualified to detect such substances. The existence of any potential urea-formaldehyde foam insulation, hazardous waste material or radon may have an effect on the value of the property. We urge the client to retain an expert in this field if desired.

SUPPLEMENTAL CERTIFICATION AND LIMITING CONDITIONS...1. Unless otherwise indicated in this report, the date of this report is the same date as the date of the appraisal.2. Unless otherwise indicated in this report, a financial institution intends to use this report to determine the market value of the subject property for purposes of granting a federally related mortgage loan.3. Unless otherwise indicated in this report, the subject property's market value was based on the cash price.4. Unless otherwise indicated in this report, all usual valuation approaches were utilized.5. Unless otherwise indicated in this report no extraordinary influences (e.g., easements, restrictions, encumbrances, leases, reservations, covenants, contracts, special assessments) on market value exist.6. Unless otherwise indicated and specifically itemized with a value estimate, no personal property, trade fixtures, or intangible items are included in the appraisal of the subject property.7. Unless otherwise indicated in this report the subject property os not currently listed for sale or subject to any safe agreement or option.8. Unless otherwise indicated in this report and spacially itemized, according to public records, listing services and the homeowner, the subject property has not bee transferred in the past 12 months.9. Unless otherwise indicated in this report, the estimated marketing time for the subject property was determined from available data services and listing services. Unless otherwise indicated in this report, information from such data and listing services is believed to be reliable and was considered in the final reconciliation of market value.10. Unless otherwise indicated in this report, the reasoning used to determine the selection of "increasing", "stable", or "declining" in the neighborhood section of current market conditions and trends of this report, was based on information provided by available data services and listing services.11. Unless otherwise indicated in this report, this report is based on current land use regulations and the probability of modification of current land use regulations is unlikely.12. Unless otherwise indicated in this report, the site value listed in the appraisal is determined as though the land is vacant and available for development to its highest investment use and the appraisal of improvements is based on their actual contribution to the site.13. Unless otherwise indicated in this report, the appraised value is not effected by anticipated public or private improvements.14. Unless otherwise indicated in this report, if proposed improvements were appraised the following were (and remain available to be) inspected: Plans, specifications and

| | | |
|---|---|---|
| Client: Borowitz Lozano & Clark LLP | | File No.: C090050 |
| Property Address: 686 N Rimsdale Ave #8 | | Case No.: |
| City: Covina | State: CA | Zip: 91722 |

related documentation to identify scope and character of improvements; evidence indicating probable time of completion; and clear and appropriate evidence supporting development costs, anticipated earning, occupancy projections and anticipated competition on completion.15. Unless otherwise indicated in this report, the subject property is not a fractional interest, physical segment, component or partial holding of a property.16. Unless otherwise indicated in this report, information of rental data, operating expenses and capitalization was not obtained due to the lack of reliable rental data for single family homes in the subject property's neighborhood.17. Unless otherwise indicated in this report, the subject property is not a leased fee or lease hold estate.18. Unless otherwise indicated in this report, the existence of hazardous substances, including without limitation, asbestos, polychlorinated biphenyls, petroleum leakage, or agricultural chemicals, which may or may not be present on the property, or other environmental conditions, were not called to the attention of nor did the appraiser become aware of such during the appraiser's inspection. The appraiser has no knowledge of existence of such material on or in the property unless otherwise stated. If the presence of such substances, such as asbestos, urea-formaldehyde, foam insulation, or other hazardous substances or environmental conditions may affect the value of the property, the value estimated is predicted on the assumption that there is no such condition on or in the property or in such proximity there to that it would cause a loss in value.19. Unless otherwise indicated in this report, no other limiting conditions or extraordinary assumptions (e.g. pending lease, atypical financing, completion of improvements) directly affect the appraisal or the analyses, opinions, and conclusions stated herein.20. Additional Certifications:A. Unless otherwise stated in this report, in accordance with the competency provision of the Uniform Standard of Professional Appraisal Practice, I have verified that my knowledge and experience are sufficient to allow me to competently complete this appraisal.B. I have no personal interest or bias with respect to the parties involved or the subject property.C. The appraisal assignment was not based on a requested minimum valuation, a specific valuation, or the approval of a loan, and by compensation is not contingent upon direction in value that favors the cause of the client, the amount of the value estimate, the attainment of a stipulated result or the occurrence of a subsequent event.D. My analyses, opinions, and conclusions were developed, and this report has been prepared in conformity with Uniform Standard of Professional Appraisal Practice. The departure provision of the Uniform Standard of Professional Appraisal Practice was not utilized in preparation of this report.E. The report analyses, opinions and conclusions are limited only by the reported assumptions, limiting conditions and are my personal, unbiased analyses, opinions and conclusions.F. Unless otherwise stated in this report, no one provided significant professional assistance to me in the preparation of this report.G. I certify that, to the best of my knowledge and belief, the statements contained in this report are true and correct.H. I certify that on the date of the appraisal report I was actively licensed by the appropriate state agency to perform the subject appraisal.

**Neighborhood Description**
The subject is located in a gated planned community of homes consisting of similar age, design, and appeal. The neighborhood exhibits average to good maintenance levels. The subject neighborhood is within relatively close proximity to the 10 Freeway which grants access to employment centers.The subject market is located close to recreational areas, shopping, schools, and municipal services and has average appeal to buyers in the market.

**Neighborhood Market Conditions**
Current market conditions favor standard conventional financing. The subject's market area is not affected by loan discounts, interest buy downs, or concessions. Market time was obtained from multiple listing service data and the appraisers' observations of the subject property's market area. MARKETING TIME: The estimated marketing time for the subject under current market conditions is more than 90 calendar days. This estimate considers size, condition, location, and price range of the subject and surrounding properties.

**Conditions of Appraisal**
Value assigned to the subject in it's "AS IS" condition. Deem this a summary report. Use of this appraisal is intended only for the Client mentioned on page one of GPAR.

## Scope of Work, Assumptions and Limiting Conditions

Scope of work is defined in the Uniform Standards of Professional Appraisal Practice as "the type and extent of research and analyses in an assignment." In short, scope of work is simply what the appraiser did and did not do during the course of the assignment. It includes, but is not limited to: the extent to which the property is identified and inspected, the type and extent of data researched, the type and extent of analyses applied to arrive at opinions or conclusions.

The scope of this appraisal and ensuing discussion in this report are specific to the needs of the client, other identified intended users and to the intended use of the report. This report was prepared for the sole and exclusive use of the client and other identified intended users for the identified intended use and its use by any other parties is prohibited. The appraiser is not responsible for unauthorized use of the report.

The appraiser's certification appearing in this appraisal report is subject to the following conditions and to such other specific conditions as are set forth by the appraiser in the report. All extraordinary assumptions and hypothetical conditions are stated in the report and might have affected the assignment results.

1. The appraiser assumes no responsibility for matters of a legal nature affecting the property appraised or title thereto, nor does the appraiser render any opinion as to the title, which is assumed to be good and marketable. The property is appraised as though under responsible ownership.

2. Any sketch in this report may show approximate dimensions and is included only to assist the reader in visualizing the property. The appraiser has made no survey of the property.

3. The appraiser is not required to give testimony or appear in court because of having made the appraisal with reference to the property in question, unless arrangements have been previously made thereto.

4. Neither all, nor any part of the content of this report, copy or other media thereof (including conclusions as to the property value, the identity of the appraiser, professional designations, or the firm with which the appraiser is connected), shall be used for any purposes by anyone but the client and other intended users as identified in this report, nor shall it be conveyed by anyone to the public through advertising, public relations, news, sales, or other media, without the written consent of the appraiser.

5. The appraiser will not disclose the contents of this appraisal report unless required by applicable law or as specified in the Uniform Standards of Professional Appraisal Practice.

6. Information, estimates, and opinions furnished to the appraiser, and contained in the report, were obtained from sources considered reliable and believed to be true and correct. However, no responsibility for accuracy of such items furnished to the appraiser is assumed by the appraiser.

7. The appraiser assumes that there are no hidden or unapparent conditions of the property, subsoil, or structures, which would render it more or less valuable. The appraiser assumes no responsibility for such conditions, or for engineering or testing, which might be required to discover such factors. This appraisal is not an environmental assessment of the property and should not be considered as such.

8. The appraiser specializes in the valuation of real property and is not a home inspector, building contractor, structural engineer or similar expert, unless otherwise noted. The appraiser did not conduct the intensive type of field observations of the kind intended to seek and discover property defects. The viewing of the property and any improvements is for purposes of developing an opinion of the defined value of the property, given the intended use of this assignment. Statements regarding condition are based on surface observations only. The appraiser claims no special expertise regarding issues including, but not limited to: foundation, settlement, basement moisture problems, wood destroying (or other) insects, pest infestation, radon gas, lead based paint, mold or environmental issues. Unless otherwise indicated, mechanical systems were not activated or tested.

This appraisal report should not be used to disclose the condition of the property as it relates to the presence/absence of defects. The client is invited and encouraged to employ qualified experts to inspect and address areas of concern. If negative conditions are discovered the opinion of value may be affected.

Unless otherwise noted, the appraiser assumes the components that constitute the subject property improvement(s) are fundamentally sound and in working order.

Any viewing of the property by the appraiser was limited to readily observable areas. Unless otherwise noted, attics and crawl space areas were not accessed. The appraiser did not move furniture, floor coverings or other items that may restrict the viewing of the property.

9. Appraisals involving hypothetical conditions related to completion of new construction, repairs or alteration are based on the assumption that such completion, alteration or repairs will be competently performed.

10. Unless the intended use of this appraisal specifically includes issues of property insurance coverage, this appraisal should not be used for such purposes. Reproduction or Replacement cost figures used in the cost approach are for valuation purposes only, given the intended use of the assignment. The Definition of Value used in this assignment is unlikely to be consistent with the definition of Insurable Value for property insurance coverage/use.

11. The ACI General Purpose Appraisal Report (GPAR™) is not intended for use in transactions that require a Fannie Mae 1004/Freddie Mac 70 form also known as the Uniform Residential Appraisal Report (URAR).

Additional Comments Related To Scope Of Work, Assumptions and Limiting Conditions

par

**Appraiser's Certification**

The appraiser(s) certifies that, to the best of the appraiser's knowledge and belief:

1. The statements of fact contained in this report are true and correct.

2. The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are the appraiser's personal, impartial, and unbiased professional analyses, opinions, and conclusions.

3. Unless otherwise stated, the appraiser has no present or prospective interest in the property that is the subject of this report and has no personal interest with respect to the parties involved.

4. The appraiser has no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.

5. The appraiser's engagement in this assignment was not contingent upon developing or reporting predetermined results.

6. The appraiser's compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.

7. The appraiser's analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice.

8. Unless otherwise noted, the appraiser has made a personal inspection of the property that is the subject of this report.

9. Unless noted below, no one provided significant real property appraisal assistance to the appraiser signing this certification. Significant real property appraisal assistance provided by:

Additional Certifications:

---

Definition of Value: [X] Market Value  [ ] Other Value:
Source of Definition: Fannie Mae

DEFINITION OF VALUE...the most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:(1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U.S. dollars or in terms of financial agreements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by seller as a result of tradition or law in a market area; these costs are readily indentifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgement.

---

ADDRESS OF THE PROPERTY APPRAISED:
688 N Rimsdale Ave #8
Covina, CA 91722
EFFECTIVE DATE OF THE APPRAISAL: March 27, 2009
APPRAISED VALUE OF THE SUBJECT PROPERTY $ 372,000

**APPRAISER**

Signature: _[signature]_
Name: Chad Harris
State Certification #:
or License #: AL031917
or Other (describe): _____ State #: _____
State: CA
Expiration Date of Certification or License: 09/18/2009
Date of Signature and Report: 03/29/2009
Date of Property Viewing: March 27, 2009
Degree of property viewing:
[X] Interior and Exterior   [ ] Exterior Only   [ ] Did not personally view

**SUPERVISORY APPRAISER**

Signature:
Name:
State Certification #:
or License #:
State:
Expiration Date of Certification or License:
Date of Signature:
Date of Property Viewing:
Degree of property viewing:
[ ] Interior and Exterior   [ ] Exterior Only   [ ] Did not personally view

| Client: | Borowitz Lozano & Clark LLP | File No.: | C090050 |
|---|---|---|---|
| Property Address: | 688 N Rimsdale Ave #8 | Case No.: | |
| City: Covina | | State: CA | Zip: 91722 |

| GROSS BUILDING AREA (GBA) | | | 2,496 |
|---|---|---|---|
| GROSS LIVING AREA (GLA) | | | 2,496 |
| Area(s) | Area | % of GLA | % of GBA |
| Living | 2,496 | | 100.00 |
| Level 1 | 1,140 | 45.67 | 45.67 |
| Level 2 | 1,356 | 54.33 | 54.33 |
| Level 3 | 0 | 0.00 | 0.00 |
| Other | 0 | 0.00 | 0.00 |
| | GBA | | |
| Basement | ☐ | 0 | |
| Garage | ☐ | 480 | |

| Area Measurements | | | | Area Type | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Measurements | Factor | Total | | Level 1 | Level 2 | Level 3 | Other | Bsmt. | Garage |
| 22.00 x 20.00 | x 1.00 | = 440.00 | | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ |
| 10.00 x 4.00 | x 1.00 | = 40.00 | | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ |
| 44.00 x 25.00 | x 1.00 | = 1,100.00 | | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 24.00 x 1.00 | x 1.00 | = 24.00 | | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 16.00 x 1.00 | x 1.00 | = 16.00 | | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 56.00 x 11.00 | x 1.00 | = 616.00 | | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |
| 54.00 x 10.00 | x 1.00 | = 540.00 | | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |
| 40.00 x 5.00 | x 1.00 | = 200.00 | | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |

| | |
|---|---|
| Property Address: 688 N Rimsdale Ave #8 | |
| City: Covina | State: CA    Zip: 91722 |



FRONT VIEW OF
SUBJECT PROPERTY

Appraised Date: March 27, 2009
Appraised Value: $ 372,000



REAR VIEW OF
SUBJECT PROPERTY



STREET SCENE

EX 1  pg 12 of 19

25

Client:
Property Address: 688 N Rimsdale Ave #8
City: Covina
State: CA
Zip: 91722
Case No.:



COMPARABLE SALE #1

688 N. Rimsdale Avenue # 107
Covina
Sale Date: 10/02/2008
Sale Price: $ 409,000



COMPARABLE SALE #2

688 N. Rimsdale Avenue # 82
Covina
Sale Date: 09/29/2008
Sale Price: $ 360,000



COMPARABLE SALE #3

688 N. Rimsdale Avenue # 17
Covina
Sale Date: Pending
Sale Price: $ 359,000

Property Address: 688 N Rimsdale Ave #8
City: Covina  State: CA  Zip: 91722



COMPARABLE SALE #4

1022 La Breda Street
Covina
Sale Date: 01/12/2009
Sale Price: $ 281,000



COMPARABLE SALE #5

Sale Date:
Sale Price: $



COMPARABLE SALE #6

Sale Date:
Sale Price: $

EX 1 pg 14 of 19

27

Client: Borowitz, Lozano & Clark LLP
Property Address: 888 N Rimsdale Ave #8
City: Covina
File No.: 00090750
Case No.:
Zip: 91722







EX 1 pg 15 of 19

28













FLOORPLAN

| Client | Borowitz Lozano & Clark LLP | File No | C090050 |
|---|---|---|---|
| Property Address: 688 N Rimsdale Ave #8 | | Case No | |
| City Covina | | State CA | Zip 91722 |



Comments:

| AREA CALCULATIONS SUMMARY | | | |
|---|---|---|---|
| Code | Description | Net Size | Net Totals |
| GLA1 | First Floor | 1140.0 | 1140.0 |
| GLA2 | Second Floor | 1356.0 | 1356.0 |
| GAR | Garage | 480.0 | 480.0 |
| Net LIVABLE Area | | (Rounded) | 2496 |

| LIVING AREA BREAKDOWN | | |
|---|---|---|
| Breakdown | | Subtotals |
| First Floor | | |
| 25.0 x 44.0 | | 1100.0 |
| 1.0 x 24.0 | | 24.0 |
| 1.0 x 16.0 | | 16.0 |
| Second Floor | | |
| 11.0 x 56.0 | | 616.0 |
| 10.0 x 54.0 | | 540.0 |
| 5.0 x 40.0 | | 200.0 |
| 6 Items | (Rounded) | 2496 |

