M. Erik Clark, #188693
Eva L. Taylor, #254009
Shannon A. Doyle# 207291
**BOROWITZ, LOZANO & CLARK, LLP**
100 N. Barranca Ave., Suite 250
West Covina, CA 91791
Telephone:    (626) 332-8600
Facsimile:    (626) 332-8644
Attorney for Debtor/Plaintiff

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>ELIZABETH VEGA,<br><br>        Debtor. | Case No.  2:09-bk-16697-EC<br><br>Chapter 13<br><br>Adv. No.  2:09-ap-01376-EC |
| ELIZABETH VEGA<br><br>        Plaintiff,<br><br>vs.<br><br>US BANK HOME MORTGAGE,<br><br>        Defendant. | NOTICE OF MOTION FOR DEFAULT JUDGMENT TO DECLARE THE SECOND TRUST DEED OF US BANK HOME MORTGAGE ON DEBTOR'S REAL PROPERTY WHOLLY UNSECURED UNDER 11 U.S.C. SECTION 506(a) |

TO THE HONORABLE ELLEN CARROLL, UNITED STATES BANKRUPTCY JUDGE, KATHY A. DOCKERY, CHAPTER 13 TRUSTEE, US BANK HOME MORTGAGE, AND ALL OTHER PARTIES IN INTEREST:

   **PLEASE TAKE NOTICE THAT** Elizabeth Vega ("Debtor") hereby moves this Court for an Order for Default Judgment to declare the second trust deed held by US Bank Home Mortgage on Debtor's real property located at 688 North Rimsdale Avenue #8, Covina, California 91722

1

1  ("Property") wholly unsecured under 11 United States Code § 506(a)(1)
2  and 1322(b)(2).
3      Debtor filed for relief under Chapter 13 of the United States
4  Bankruptcy Code on March 24, 2009.  Her Chapter 13 First Modified
5  Plan ("Plan") proposes monthly payments of $496.00 for sixty (60)
6  months which will pay 1% to the general unsecured creditors.
7  Debtor's Chapter 13 petition lists the value of her Property at
8  $372,000.00.00 based on an Appraisal Report prepared by Chad Harris
9  on or about March 27, 2009.  Schedule D lists a debt owed to Debtor's
10 Home Owners' Association for $2,700.00. Additionally, Schedule D
11 lists the debt owed on first deed of trust held by HomEq Servicing in
12 the amount of $417,000.00, and the debt owed on the second deed of
13 trust also held by US Bank Home Mortgage in the amount of $80,000.00.
14 The amount owed to the first deed of trust exceeds the value of the
15 Debtor's Property and leaves US Bank Home Mortgage's second deed of
16 trust lien wholly unsecured.
17     A Summons was issued on April 14, 2009. The Summons and
18 Complaint were served on Defendant by certified mail on April 23,
19 2009. The Summons and Notice of Status Conference set a deadline for
20 Defendant to file a response by May 14, 2009.  As of the filing of
21 this Motion, the Defendant has not filed a response. Debtor's Request
22 for Entry of Default was entered on June 16, 2009.  Debtor requests
23 that the claim of US Bank Home Mortgage on the second trust deed be
24 found wholly unsecured for chapter 13 purposes due to the value of
25 the real property in question.
26     **DEADLINE** for Filing Opposition Papers:
27     Pursuant to Local Bankruptcy Rule 9013-1(f), any party wishing
28 to oppose this Motion must file a written response with the

1  Bankruptcy Court and serve a copy of it upon the Debtor and Debtor's
2  counsel at the address set forth above no less than fourteen (14)
3  court days prior to the above hearing date. If you fail to file a
4  written response to this Motion within such time period, the Court
5  may treat such failure as a wavier of your right to oppose this
6  Motion and grant the requested relief.
7      This motion is based on this Notice of Motion, Memorandum of
8  Points and Authorities, Declarations of Elizabeth Vega and Chad
9  Harris and any oral and documentary evidence that may be presented at
10 this hearing, as well as all pleadings and papers file herein.
11 Debtor respectfully request this Court find that the value of
12 Debtor's Property renders US Bank Home Mortgage's lien on the second
13 trust deed wholly undersecured, and ask the Court to deem US Bank
14 Home Mortgage's claim on the second trust deed as unsecured for
15 purposes of the instant case.

Dated: July 16, 2009

Borowitz, Lozano & Clark, LLP

*/s/ Shannon A. Doyle*
Eva L. Taylor
Attorney for Debtor

| In re: Elizabeth Vega | Debtor(s). | CHAPTER 13 |
|---|---|---|
| | | CASE NUMBER LA09-16697-EC |
| | | Adv. No. LA09-01376-EC |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:


The foregoing document described **Notice of Motion for Default Judgment to Strip-Off Lien of US Bank Home Mortgage From Debtor's Real Property; Memorandum of Points and Authorities; Declaration of Elizabeth Vega; Declaration of Chad Harris; and Declaration of Eva L. Taylor in Support Thereof** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On __July 18 2009__ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

__July 18, 2009__    __Yesenia Chicas__    _/s/ Yesenia Chicas_

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                          **F 9013-3.1**

| In re: Elizabeth Vega | Debtor(s). | CHAPTER 13 |
| --- | --- | --- |
| | | CASE NUMBER LA09-16697-EC |
| | | Adv. No. LA09-01376-EC |

## II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL

Debtor
Elizabeth Vega
688 N. Rmsdale Avenue #8
Covina, CA 91722

Chapter 13 Trustee
Kathy A. Dockery
700 S. Flower St., Suite 1950
Los Angeles, CA 90017

United States Trustee
Ernst & Young Plaza
725 South Figueroa Street, 26th Floor
Los Angeles, CA 90017

Judge
Honorable Ellen Carroll
255 E. Temple Street, Suite 1634
Los Angeles, CA 90012

Corporate Office/CEO for Second Deed of Trust (Via Certified Mail)
US Bancorp Center
Attention: Richard Davis
800 Nicollet Mall
Minneapolis, MN 55402

Second Deed of Trust (Via Certified Mail)
US Bank Home Mortgage
4801 Frederica Street
Owensboro, KY 42301

Second Deed of Trust Additional Address (Via Certified Mail)
US Bank Home Mortgage
P.O. Box 20005
Owensboro, KY 42304

Second Deed of Trust Address (Via Certified Mail)
US Bank Home Mortgage
P.O. Box 790414
St. Louis, MO 63179

Frist Deed of Trust
HomeEq Servicing Corporation
P.O. Box 13716
Sacramento, CA 95853

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-3.1

| In re: Elizabeth Vega | Debtor(s). | CHAPTER 13 |
| --- | --- | --- |
| | | CASE NUMBER LA09-16697-EC |
| | | Adv. No. LA09-01376-EC |

First Deed of Trust
HomEq Servicing Corporation
4837 Watt Avenue, Suite 100
North Highlands, CA 95660

Case 2:09-ap-01376-EC    Doc 11    Filed 07/18/09    Entered 07/18/09 14:59:59    Desc
This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                              F 9013-3.1