1 | M. Erik Clark, #188693
Nancy B. Clark, #207024
2 | **Borowitz, Lozano & Clark, LLP**
100 N. Barranca Avenue, Suite 250
3 | West Covina, CA 91791
(626) 332-8600 Telephone
4 | (626) 332-8644 Facsimile

5 | Attorney for Debtor(s)

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT

## LOS ANGELES DIVISION

In re:

ELIZABETH VEGA

    Debtor(s).

Chapter 13

Case No: 2:09-bk-16697-EC

Adv. No.: 2:09-ap-01376-EC

**NOTICE OF HEARING ON MOTION FOR DEFAULT JUDGMENT TO DECLARE THE SECOND TRUST DEED OF US BANK HOME MORTGAGE ON DEBTOR'S REAL PROPERTY WHOLLY UNSECURED**

Date: October 15, 2009
Time: 3:00 p.m.
Place: 255 E. Temple Street, Crtrm 1639
       Los Angeles, CA 90012

**TO THE HONORABLE ELLEN CARROLL, KATHY DOCKERY / CHAPTER 13 TRUSTEE, AND ALL INTERESTED PARTIES:**

**PLEASE TAKE NOTICE THAT** the hearing on the above-noted Debtor's Motion for Default Judgment to Declare the Second Trust Deed of US Bank Home Mortgage on Debtor's Real Property Wholly Unsecured has been scheduled to October 15, 2009 at 3:00 p.m. at the Los Angeles Court Room 1634, 255 E. Temple Street, Los Angeles, California 90012.

Date: 9-28-09

_____
M. Erik Clark
Attorney for Debtor

-1-

| In re: Elizabeth Vega | Debtor(s). | CHAPTER 13 |
| --- | --- | --- |
| | | CASE NUMBER LA09-16697-EC |
| | | Adv. No. LA09-01376-EC |

NOTE: When using this form to indicate service of a proposed order, DO NOT list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:


The foregoing document described **Notice of Hearing on Motion for Default Judgment to Strip-Off Lien of US Bank Home Mortgage From Debtor's Real Property** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On   September 28, 2009   I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 28, 2009 | Yesenia Chicas | /s/ Yesenia Chicas |
| --- | --- | --- |
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                                                F 9013-3.1

| In re: Elizabeth Vega | CHAPTER 13 |
|---|---|
| Debtor(s). | CASE NUMBER LA09-16697-EC |
| | Adv. No. LA09-01376-EC |

## II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL

**Debtor**
Elizabeth Vega
688 N. Rmsdale Avenue #8
Covina, CA 91722

**Chapter 13 Trustee**
Kathy A. Dockery
700 S. Flower St., Suite 1950
Los Angeles, CA 90017

**United States Trustee**
Ernst & Young Plaza
725 South Figueroa Street, 26th Floor
Los Angeles, CA 90017

**Judge**
Honorable Ellen Carroll
255 E. Temple Street, Suite 1634
Los Angeles, CA 90012

**Corporate Office/CEO for Second Deed of Trust**
US Bancorp Center
Attention: Richard Davis
800 Nicollet Mall
Minneapolis, MN 55402

**Second Deed of Trust**
US Bank Home Mortgage
4801 Frederica Street
Owensboro, KY 42301

**Second Deed of Trust Additional Address**
US Bank Home Mortgage
P.O. Box 20005
Owensboro, KY 42304

**Second Deed of Trust Address**
US Bank Home Mortgage
P.O. Box 790414
St. Louis, MO 63179

**Frist Deed of Trust**
HomeEq Servicing Corporation
P.O. Box 13716
Sacramento, CA 95853

**First Deed of Trust**

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                    F 9013-3.1

| In re: Elizabeth Vega | | CHAPTER 13 |
|---|---|---|
| | Debtor(s). | CASE NUMBER  LA09-16697-EC |
| | | Adv. No. LA09-01376-EC |

HomEq Servicing Corporation
4837 Watt Avenue, Suite 100
North Highlands, CA  95660

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                                                   F 9013-3.1