M. Erik Clark, #188693
**Borowitz, Lozano & Clark, LLP**
100 N. Barranca Avenue, Suite 250
West Covina, CA 91791
Telephone: (626) 332-8600
Facsimile: (626) 332-8644

Attorney for Plaintiff(s)

FILED & ENTERED

NOV 25 2009

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY sumlin    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>ELIZABETH VEGA<br><br>Debtor | Case No.: LA09-16697-EC<br><br>Chapter 13<br><br>Adv. No. LA09-01376-EC |
| ELIZABETH VEGA<br><br>Plaintiff<br><br>v.<br><br>U.S. BANK HOME MORTGAGE<br><br>Defendant | **DEFAULT JUDGMENT**<br><br>**(No hearing required)** |

Plaintiff Elizabeth Vega (the "Plaintiff") filed her COMPLAINT FOR DECLARATORY RELIEF, AND TO REMOVE LIEN OF DEFENDANTS (the "Complaint") against defendant U.S. Bank Home Mortgage (the "Defendant") initiating the above-referenced adversary proceeding on April 10, 2009 seeking to avoid the Defendant's second deed of trust on the real property commonly known as 688 N. Rimsdale Avenue #8, Covina, CA 91722 ("The Property"). The time for filing an answer or other responsive pleading to the Complaint expired on May 14, 2009. The Complaint having been properly served, no response to the Complaint having been filed, default of the Defendant having been entered on June 16, 2009, the Plaintiff having filed a motion for default judgment against the Defendant

- 1 -

(the "Motion") in which a prima facie case was made, the court having reviewed the Motion and good cause appearing therefor,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** as follows:

1. The claim of the Defendant secured by the second deed of trust on the Property shall be paid through the Plaintiff's chapter 13 plan as a general unsecured claim;

2. If the Plaintiff completes the chapter 13 plan and receives a discharge in this chapter 13 case, the Defendant shall, upon receipt of notice of the discharge, promptly record a reconveyance of its second deed of trust against the Property;

3. Should this chapter 13 case be dismissed or converted to another chapter under Title 11, or should the Plaintiff fail to receive a discharge in this chapter 13 case, the Defendant's second deed of trust on the Property shall be unaffected by this bankruptcy case and shall remain a lien against the Property;

4. Should a senior lienholder on the Property foreclose on the Property prior to the date on which the Plaintiff receives a discharge in this chapter 13 case, the Defendant shall retain all rights under applicable state law with regard to its lien; and

5. The parties shall bear their own costs.

###

DATED: November 25, 2009

_Ellen Carroll_
United States Bankruptcy Judge

| In re:   Elizabeth Vega | | CHAPTER 13 |
|---|---|---|
| | Debtor(s). | CASE NUMBER  LA09-16697-EC |
| | | ADV. NO.  LA09-01376-EC |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

The foregoing document described Order **DEFAULT JUDGMENT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On ____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On   August 13, 2009   I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| August 13, 2009 | Yesenia Chicas | **/s/Yesenia Chicas** |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                  **F 9013-3.1**

| In re:   Elizabeth Vega | | CHAPTER 13 |
|---|---|---|
| | Debtor(s). | CASE NUMBER   LA09-16697-EC |
| | | ADV. NO.   LA09-01376-EC |

**SERVED VIA U.S. MAIL**

**Debtor**
Elizabeth Vega
688 N. Rmsdale Avenue #8
Covina, CA 91722

**Chapter 13 Trustee**
Kathy A. Dockery
700 S. Flower St., Suite 1950
Los Angeles, CA 90017

**United States Trustee**
Ernst & Young Plaza
725 South Figueroa Street, 26th Floor
Los Angeles, CA 90017

**Judge**
Honorable Ellen Carroll
255 E. Temple Street, Suite 1634
Los Angeles, CA 90012

**Corporate Office/CEO for Second Deed of Trust (Via Certified Mail)**
US Bancorp Center
Attention: Richard Davis
800 Nicollet Mall
Minneapolis, MN 55402

**Second Deed of Trust (Via Certified Mail)**
US Bank Home Mortgage
4801 Frederica Street
Owensboro, KY 42301

**Second Deed of Trust Additional Address (Via Certified Mail)**
US Bank Home Mortgage
P.O. Box 20005
Owensboro, KY 42304

**Second Deed of Trust Address (Via Certified Mail)**
US Bank Home Mortgage
P.O. Box 790414
St. Louis, MO 63179

**Frist Deed of Trust**
HomeEq Servicing Corporation
P.O. Box 13716
Sacramento, CA 95853

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 9013-3.1**

| In re: Elizabeth Vega | CHAPTER 13 |
|---|---|
| Debtor(s). | CASE NUMBER LA09-16697-EC |
| | ADV. NO. LA09-01376-EC |

**First Deed of Trust**
HomEq Servicing Corporation
4837 Watt Avenue, Suite 100
North Highlands, CA 95660

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                             **F 9013-3.1**

| In re: Elizabeth Vega | Debtor(s). | CHAPTER 13 |
|---|---|---|
| | | CASE NUMBER  LA09-16697-EC |
| | | ADV. NO.  LA09-01376-EC |

**NOTE TO USERS OF THIS FORM**:

**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*)  **DEFAULT JUDGMENT**  was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of August 13, 2009, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.
**United.States Trustee:** ustpregion16.la.ecf@usdoj.gov
**Kathy Dockery:** efiling@ch13la.com
**M. Erik Clark:** notices@blclaw.com; ecf@blclaw.com

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☒ Service information continued on attached page

| In re: Elizabeth Vega | Debtor(s). | CHAPTER 13 |
|---|---|---|
| | | CASE NUMBER  LA09-16697-EC |
| | | ADV. NO.  LA09-01376-EC |

### III. TO BE SERVED BY THE LODGING PARTY

**Debtor**
Elizabeth Vega
688 N. Rmsdale Avenue #8
Covina, CA 91722

**Corporate Office/CEO for Second Deed of Trust**
US Bancorp Center
Attention: Richard Davis
800 Nicollet Mall
Minneapolis, MN 55402

**Second Deed of Trust**
US Bank Home Mortgage
4801 Frederica Street
Owensboro, KY 42301

**Second Deed of Trust Additional Address**
US Bank Home Mortgage
P.O. Box 20005
Owensboro, KY 42304

**Second Deed of Trust Address**
US Bank Home Mortgage
P.O. Box 790414
St. Louis, MO 63179

**Frist Deed of Trust**
HomeEq Servicing Corporation
P.O. Box 13716
Sacramento, CA 95853

**First Deed of Trust**
HomEq Servicing Corporation
4837 Watt Avenue, Suite 100
North Highlands, CA 95660

**Agent for Service of Process**
CT Corporation System
Agent for Bank of America, N.A.
818 West Seventh Street
Los Angeles, CA 90017

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                    **F 9021-1.1**