# UNITED STATES BANKRUPTCY COURT
## *Central District Of California*

| Debtor(s) Name | For Court Use Only |
|---|---|
| **Plaintiff**<br><br>Elizabeth Vega | **FILED**<br><br>April 7, 2010<br><br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY MD2 DEPUTY CLERK |
| **Defendant**<br><br>U.S. Bank Home Mortgage, N.A. | |
| **Chapter:** 13<br><br>**Case Number:** 2:09–bk–16697–EC<br><br>**Adversary Number:** 2:09–ap–01376–EC | **ORDER CLOSING ADVERSARY PROCEEDING** |

*The complaint filed in the above case has been disposed of and is no longer pending due to either the dismissal of the main case or the entry of a judgment in the Adversary Proceeding. Since it appears that no further matters are required that this adversary proceeding remain open, it is ordered that the adversary proceeding is closed.*

*Dated: 4/7/10*                                                                                           *By Order of the United States Bankruptcy Court*

**Kathleen J. Campbell**
*Clerk of Court*

15/ MD2